STATE, RESPONDENT, *v.* HOOSER, APPELLANT.

(No. 5,444.)

(Submitted May 22, 1924. Decided June 3, 1924.)

[227 Pac. 819.]

'(For syllabus, see *State* v. *Crouch, ante,* p. 551.)'

*Appeal from District Court, Pondera County; John J. Greene, Judge.*

WILLARD A. HOOSER was convicted of a violation of the Prohibition Act and appeals. Affirmed.

*Mr. W. F. O'Leary* and *Mr. W. E. Arnot,* for Appellant.

*Mr. Wellington D. Rankin,* Attorney General, for Respondent.

MR. JUSTICE GALEN delivered the opinion of the court.

The facts in this case are substantially the same as in the case of *State* v. *Crouch, ante,* p. 551, 227 Pac. 818. Upon the authority of that case, the judgment is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES COOPER, HOLLOWAY and STARK concur.